RICHARD G. CAMPBELL, JR.
Nevada Bar No.: 1832
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.: (775) 322-7400
Facsimile No.: (775) 322-9049
Email: rcampbell@armstrongteasdale.com

JENNIFER E. HOEKEL
Nevada Bar No.: 12775
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone No.: 314.621.5070
Facsimile No.: 314.621.5065
Email: jhoekel@armstrongteasdale.com

*Attorneys for Plaintiff Computerized Screening, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., <br><br> Plaintiff, <br><br> v. <br><br> STAYHEALTHY, INC., <br><br> Defendant. | CASE NO. 3:13-cv-00389-RCJ-WGC <br><br> **STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff COMPUTERIZED SCREENING, INC., through its counsel of record, Armstrong Teasdale LLP, and Defendant STAYHEALTHY, INC., through its counsel of record, Holland & Hart LLP and Epps & Coulson LLP, hereby stipulate to dismissal of this action and all claims asserted herein with prejudice. Each party to bear its own costs.

//

-1-

1  Respectfully, submitted.

2  DATED this 11th day of March 2014.

3                                              By:   */s/ Richard G. Campbell, Jr.*
4                                                    RICHARD G. CAMPBELL, JR.
                                                     Nevada Bar No.: 1832
                                                     ARMSTRONG TEASDALE, LLP
5                                                    50 West Liberty Street, Suite 950
                                                     Reno, Nevada 89501
6                                                    Telephone No.: (775) 322-7400
                                                     Facsimile No.: (775) 322-9049
7                                                    Email: rcampbell@armstrongteasdale.com

8                                                    JENNIFER E. HOEKEL
                                                     Nevada Bar No. 12775
9                                                    ARMSTRONG TEASDALE LLP
                                                     7700 Forsyth Blvd., Suite 1800
10                                                   St. Louis, Missouri 63105
                                                     Telephone No.: 314.621.5070
11                                                   Facsimile No.: 314.621.5065
                                                     Email: jhoekel@armstrongteasdale.com
12
                                                     *Attorneys for Plaintiff Computerized*
13                                                   *Screening, Inc.*

-2-

1  DATED this 11th day of March 2014.

2                            By:   /s/*Dawn M. Coulson*

JEREMY J. NORK
Nevada Bar No.: 4017
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone No.: (775) 327-3000
Facsimile No.: (775) 786-6179
Email: jnork@hollahart.com

Dawn M. Coulson, Pro Hac Vice
Michael B. Wilson, Pro Hac Vice
Epps & Coulson LLP
707 Wilshire Blvd., Suite 3000
Los Angeles, CA 90017
Telephone: (213) 929-2390
Facsimile: (213) 929-2394
Emails: dcoulson@eppscoulson.com
         mwilson@eppscoulson.com

Bijal V. Vakil, Pro Hac Vice
Wendi R. Schepler, Pro Hac Vice
White & Case LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Emails: bvakil@whitecase.com
         wschepler@whitecase.com

*Attorneys for Defendant Stayhealthy, Inc.*

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

This 12th day of March, 2014.

_____
THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE